JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>v.<br><br>ELMER C. STUTE; WALLACE R. HARBOTTLE, in his individual and representative capacity as trustee of the Wallace Robert Harbottle And Eleanore Maria Harbottle Inter Vivos Trust Agreement; ELEANORE M. HARBOTTLE, in her individual and representative capacity as trustee of the Wallace Robert Harbottle And Eleanore Maria Harbottle Inter Vivos Trust Agreement; JULIO DE LA CONCHA and FERNANDO GARCIA RUIZ; and Does 1-10,<br><br>    Defendants, | Case: 5:14-CV-01826-VAP-SP<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: March 12, 2015 _____

                      HONORABLE VIRGINIA A. PHILLIPS

                      UNITED STATES DISTRICT COURT JUDGE